# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**REGIS LEPAUL EVANS,**
**ADC # 107272**                                                                                      **PLAINTIFF**

**V.**                                            **4:10CV01561 WRW**

**MICHAEL MURPHY,** *et al.*                                                              **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on November 16, 2010, it is

CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED with prejudice. The Court certifies that an *in forma pauperis* appeal from this dismissal would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 16th day of November, 2010.


                                                            /s/Wm. R. Wilson, Jr.
                                                            UNITED STATES DISTRICT JUDGE